IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>               Plaintiff,<br><br>v.<br><br>Samsung Electronics America, Inc.,<br><br>               Defendant. | Civil Action No. 4:21-cv-00089-ALM<br><br>Jury Trial Demanded |

## JOINT NOTICE OF RESOLUTION AND MOTION TO STAY

Plaintiff R2 Solutions LLC, on the one hand, and Defendant Samsung Electronics America, Inc., on the other hand, notify the Court that they have reached an agreement in principle that resolves the claims in this case.

In furtherance of their agreement, the parties expect to move to dismiss this case in the next forty-five (45) days. Thus, the parties respectfully ask that the Court stay all deadlines herein for forty-five (45) days while they memorialize their resolution and move to dismiss.

**Dated:** May 10, 2021                 Respectfully submitted,

| */s/ Edward R. Nelson III*<br>**Edward R. Nelson III**<br>State Bar No. 00797142<br>**Brent N. Bumgardner**<br>State Bar No. 00795272<br>**Christopher G. Granaghan**<br>State Bar No. 24078585<br>**Hill Brakefield**<br>State Bar No. 24110604<br>NELSON BUMGARDNER ALBRITTON PC<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107 | */s/ Jin Suk Park*<br>**Jin-Suk Park**<br>jin.park@arnoldporter.com<br>**Paul Margulies**<br>paul.margulies@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5555<br><br>**Ryan M. Nishimoto**<br>ryan.nishimoto@arnoldporter.com |

| | |
|---|---|
| 817.377.9111<br>ed@nbafirm.com<br>brent@nbafirm.com<br>chris@nbafirm.com<br>hill@nbafirm.com<br><br>**COUNSEL FOR<br>PLAINTIFF R2 SOLUTIONS LLC** | ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br><br>-and-<br><br>**Melissa Smith**<br>melissa@gillamsmithlaw.com<br>GILLAM & SMITH LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br><br>**ATTORNEYS FOR SAMSUNG ELECTRONICS AMERICA, INC.** |

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule CV-7(h), the undersigned certifies that counsel for Plaintiff conferred with counsel for Defendant and the parties are in agreement as to the relief sought by this joint motion.

*/s/ Edward R. Nelson III*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record on May 10, 2021 via the Court's CM/ECF system.

*/s/ Edward R. Nelson III*