AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas, Sherman Division__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>4:21-cv-00089 | DATE FILED<br>1/29/2021 | U.S. DISTRICT COURT<br>Eastern District of Texas, Sherman Division |
|---|---|---|
| PLAINTIFF<br>R2 Solutions LLC | | DEFENDANT<br>Samsung Electronics America, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,307,029 | 11/6/2012 | R2 Solutions LLC |
| 2 | 8,209,317 | 6/26/2012 | R2 Solutions LLC |
| 3 | 7,610,277 | 10/27/2009 | R2 Solutions LLC |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT
ORDER OF DISMISSAL. IT IS THEREFORE ORDERED that all claims by and between R2 Solutions and Samsung are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees. All relief not previously granted is hereby denied. The Clerk is directed to close this civil action. Signed by District Judge Amos L. Mazzant, III on 6/16/2021.

| CLERK<br>David A. O'Toole | (BY) DEPUTY CLERK | DATE<br>6/16/21 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy